

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 6, 2019

Hon. Lisa M. Smith
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, NY  10601

    Re:  United States v. Anthony Tyler Nashatka, a/k/a "Psycho,"
          et al., <u>19 cr 372 (N.D. Cal.)</u>

19 mj 8442

Dear Judge Smith:

    Anthony Tyler Nashatka, who is a defendant in the above matter, has been arrested. Accordingly, the United States respectfully moves to unseal the indictment in this matter.

                                    Respectfully submitted,

                                    GEOFFREY S. BERMAN
                                    United States Attorney

                        By:             /S
                              Christopher D. Brumwell
                              Assistant United States Attorney
                              (914) 993-1966

SO ORDERED:

*/s/ Lisa Margaret Smith*

HON. Lisa M. Smith
United States Magistrate Judge

**HON. Lisa Margaret Smith**
**United States Magistrate Judge**
**United States District Court**
**Southern District of New York**

9/6/2019